UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:02-CV-00006

CAROL HOLLAND, *et al.*                                                                             Plaintiffs

v.

UNION CARBIDE CORPORATION, *et al.*                              Defendants

**MEMORANDUM OPINION AND ORDER**

This matter is before the Court upon Plaintiffs' Motion to Clarify Court's Order of July 14, 2013. (Docket No. 44.) Plaintiffs' instant Motion was filed July 17, 2013; thus, pursuant to Joint Local Rule 7.1(c), any response was due 21 days thereafter on August 7, 2013. Defendant Union Carbide Company (UCC) has not responded, and the time to do so has now passed. In their instant Motion, Plaintiffs seek an order clarifying whether the parties are permitted to file additional dispositive motions. The Court denied UCC's motion for summary judgment by Order of April 23, 2013. (Docket No. 37.) During the telephonic status conference held July 12, 2013, the Court indicated that UCC would not be permitted to file additional dispositive motions. That is still the Court's position.

IT IS HEREBY ORDERED that Plaintiffs' Motion to Clarify Court's Order of July 14, 2013, (Docket No. 44), is GRANTED as follows: The Court's Order of July 15, 2013, (Docket No. 43), is amended to reflect that Defendant UCC shall not be permitted to file additional dispositive motions in this matter.

IT IS SO ORDERED.

Date:

cc:       Counsel